No. 151. BOARD OF COUNTY COMMISSIONERS OF BARBER COUNTY, STATE OF KANSAS *v.* CARL J. PETERSON, BANK COMMISSIONER, ETC. Error to the Supreme Court of the State of Kansas. Argued December 11, 12, 1924. Decided December 15, 1924. *Per Curiam.* Dismissed for the want of jurisdiction upon the authority of *Maryland* v. *Baltimore & Ohio R. R. Co.,* 3 How. 534, 550; *Pawhuska* v. *Pawhuska Oil Co.,* 250 U. S. 394, 399; *Trenton* v. *New Jersey,* 262 U. S. 182, 188; *Newark* v. *New Jersey,* 262 U. S. 192, 196. *Mr. Chester I. Long,* with whom *Mr. R. W. McGregor, Mr. J. D. Houston,*

*Mr. A. M. Cowan, Mr. C. I. Depew, Mr. J. G. Norton, Mr. W. E. Stanley,* and *Mr. A. S. Houck* were on the briefs, for plaintiff in error. *Mr. John G. Egan* with whom *Mr. Chas. B. Griffith* and *Mr. J. B. Larimer* were on the brief, for defendant in error.